E-FILED
Tuesday, 03 June, 2025  11:41:08 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JANE DOE, individually, on behalf of herself, Her minor son, J.D. of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:23-cv-04209 |
| GENESIS HEALTH SYSTEM, | ) ) ) ) | |
| Defendant. | ) | |

## AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant, GENESIS HEALTH SYSTEM ("Genesis"), respectfully requests an extension of time to file its responsive pleading to Plaintiff's Third Amended Complaint. The parties have conferred and Plaintiff consents to the relief requested in this motion.

On April 1, 2025, Plaintiff filed her Third Amended Complaint at Law which brings nine (9) claims against Genesis including: (1) Negligence *Per Se*; (2) Breach of Express Contract; (3) Violation of the Illinois Eavesdropping Statute; (4) Violation of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1); (5) Violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, *et seq.*

The parties have conferred, and Defendant requests additional time to respond to Plaintiff's Third Amended Complaint at Law whilst the parties finalize a settlement agreement in this matter. The parties believe this approach will provide for the most efficient administration of the proceeding. Therefore, Defendant respectfully requests that this Court grant this motion and enter an Order extending Defendant's responsive pleading deadline so that Defendant's responsive pleading must be filed on or before July 19, 2025. As such, Plaintiff's time to file a response

motion is also extended so that Plaintiff must file a response to Defendant's responsive pleading on or before August 18, 2025.

Accordingly, Defendant, Genesis, respectfully requests that this Court grant this motion and enter an Order extending the parties' current briefing schedule, and for any other relief that this Court deems just and equitable.


Dated: June 3, 2025

Respectfully submitted,

GORDON REES SCULLY
MANSUKHANI, LLP


/s/ *Scott Schmookler*
Scott Schmookler
One North Wacker, Suite 1600
Chicago, IL 60606
T: (312) 980-6779
F: (312) 565-6511
sschmookler@grsm.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I caused a true and correct copy of the foregoing

document to be served upon all counsel of record via e-file and serve to their respective email

addresses on June 3, 2025.

**Lynn A. Toops**
ltoops@cohenandmalad.com
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
(317) 636-6481

*/s/ Scott Schmookler*
SCOTT SCHMOOKLER