E-FILED
Tuesday, 12 August, 2025  11:29:31 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| **JANE DOE, individually, on behalf of herself, her minor son, J.D., and all others similarly situated,** | ) ) ) ) | |
| *Plaintiff,* | ) ) | |
| **v.** | ) ) | Case No. **4:23-cv-04209-JEH-RLH** |
| **GENESIS HEALTH SYSTEM,** | ) ) ) | |
| *Defendant.* | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO**
**FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Plaintiff, Jane Doe, through her undersigned counsel, gives notice of the voluntary dismissal of the above-captioned case with prejudice as to her individual claims and without prejudice as to the claims of the putative class. This notice is made before the filing of an answer or motion for summary judgment. Each party to bear its own costs.

Dated: August 12, 2025

Respectfully submitted,

*/s/ Lynn A. Toops*
Lynn A. Toops (No. 63337-43)
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenmalad.com

Andrew E. Mize
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center

1

223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
amize@stranchlaw.com
***Counsel for Plaintiff and the Proposed Class***

**CERTIFICATE OF SERVICE**

I certify that on this 12th day of August 2025, I served a copy of the foregoing document on all counsel of record via the Court's electronic filing system.

*/s/Lynn A. Toops*
Lynn A. Toops